FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ FEB 11 2009 ★
BROOKLYN OFFICE

MJF:TDK
F.#2006R01933

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

GARY BOGLE,

                Defendant.

- - - - - - - - - - - - - - - - -X

I N D I C T M E N T

Cr. No. **CR 09 0068**
(T. 18, U.S.C.,
§§ 922(g)(1), 924(a)(7),
924(e)(1), 931(a) and
3551 et seq.)

**MATSUMOTO, J.**

**J. ORENSTEIN, M.J.**

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(Felon-in-Possession)

On or about October 3, 2006, within the Eastern District of New York, the defendant GARY BOGLE, having previously been convicted in a court of three crimes, each punishable by imprisonment for a term exceeding one year and each constituting a violent felony or serious drug offense, committed on occasions different from one another, did knowingly and intentionally possess in and affecting commerce a firearm, to wit: one Glock 9 millimeter semi-automatic pistol, and ammunition.

(Title 18, United States Code, Sections 922(g)(1), 924(e)(1) and 3551 <u>et</u> <u>seq</u>.)

<u>COUNT TWO</u>
(Felon-in-Possession)

On or about October 3, 2006, within the Eastern District of New York, the defendant GARY BOGLE, having previously

been convicted in a court of three crimes, each punishable by imprisonment for a term exceeding one year and each constituting a violent felony or serious drug offense, committed on occasions different from one another, did knowingly and intentionally possess in and affecting commerce ammunition, to wit: one Winchester 9 millimeter round.

(Title 18, United States Code, Sections 922(g)(1), 924(e)(1) and 3551 et seq.)

## COUNT THREE
(Possession of Body Armor)

On or about October 3, 2006, within the Eastern District of New York, the defendant GARY BOGLE, having previously been convicted of a felony that is an offense under State law that constitutes a crime of violence, did knowingly and intentionally possess body armor, to wit: one blue Protective Armor International bullet-resistant vest.

(Title 18, United States Code, Sections 931(a), 924(a)(7) and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

_____
BENTON J. CAMPBELL
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F. #2002R02145
FORM DBD-34
JUN 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

Gary Bogle

Defendant.

## INDICTMENT

(T. 18, U.S.C., §§ 922(g)(1), 924(a)(7), 924(e)(1), 931(a) and 3551 et seq.)

*A true bill.*

_____
*Foreman*

*Filed in open court this* \_\_\_11th\_\_\_\_ *day,*
*of* February *A.D. 20 09.*

_____
*Clerk*

*Bail, $* _____

***Todd Kaminsky, Assistant U.S. Attorney (718-254-6367)***