**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------x

**UNITED STATES OF AMERICA,**

                Plaintiff,

    - against -

**GARY BOGLE,**

                **Defendant.**
-------------------------------------------------------x

**ORDER**

**09 CR 68 (NG) (RML)**

**GERSHON, United States District Judge:**

    Based upon the credible evidence at the reopened suppression hearing held on May 14, 2009, the defendant's motion to suppress is again denied in its entirety. The court's findings and reasoning with respect to this decision will be filed at a later date.

                                              **SO ORDERED.**

                                          _____/s/ Nina Gershon_____
                                          **NINA GERSHON**
                                          **United States District Judge**

Dated: Brooklyn, New York
       May 15, 2009