**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
**UNITED STATES OF AMERICA,**

       - against -

**GARY BOGLE,**

                       **Defendant.**
-------------------------------------------------------------x

**ORDER**

**09 CR 68 (NG) (RML)**

**GERSHON, United States District Judge:**

In order to assist counsel in trial preparation, you are advised that no mention of a "shooting" shall be made by the prosecution in opening statement, nor shall any prosecution witness refer to the shooting. Prosecution witnesses should be instructed to refer instead to a "crime scene" or "investigation." This matter will be further discussed on Tuesday, May 19th.

                                                   **SO ORDERED.**

                                                  __/s/ Nina Gershon_____
                                                  **NINA GERSHON**
                                                  **United States District Judge**

Dated:   May 18, 2009
             Brooklyn, New York